FILED: October 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2047
(8:22-cv-02001-PX)

_____

TIFFANY JOHNSON; TRACY I. CRIDER, individually and on behalf of all others similarly situated

        Plaintiffs - Appellees

v.

CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC

        Defendants - Appellants

 and

CKS PRIME INVESTMENTS, LLC

        Defendant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:22-cv-02001-PX |
| Date notice of appeal filed in originating court: | 10/04/2023 |
| Appellant(s) | Continental Finance Company, LLC and Continental Purchasing, LLC |
| Appellate Case Number | 23-2047 |

| Case Manager | Rachel Phillips<br>804-916-2702 |
| --- | --- |