FILED: October 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2047 (L)
(8:22-cv-02001-PX)

_____

TIFFANY JOHNSON; TRACY I. CRIDER, individually and on behalf of all others similarly situated

   Plaintiffs - Appellees

v.

CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC

   Defendants - Appellants

and

CKS PRIME INVESTMENTS, LLC

   Defendant

_____

No. 23-2049
(8:23-cv-00854-PX)

_____

TRACY I. CRIDER, individually and on behalf of all others similarly situated

   Plaintiff - Appellee

v.

CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC

        Defendants - Appellants

and

CKS PRIME INVESTMENTS, LLC

        Defendant

---

O R D E R

---

The court consolidates Case No. 23-2047(L) and Case No. 23-2049. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk