# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TIFFANY JOHNSON; TRACY I. CRIDER, individually and on behalf of all others similarly situated, <br>       Plaintiffs-Appellees, <br><br> v. <br><br> CONTINENTAL FINANCE COMPANY, LLC; CONTINENTAL PURCHASING, LLC, <br>       Defendants-Appellants, <br><br> and <br><br> CKS PRIME INVESTMENTS, LLC, <br>       Defendant. | Case Nos. 23-2047 (L); 23-2049 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

Under Fourth Circuit Rule 46(c), Melissa O. Martinez respectfully moves to withdraw her appearance as counsel for Appellants Continental Finance Company, LLC and Continental Purchasing, LLC ("Continental"). Counsel for Appellees have been informed of this withdrawal and do not oppose this motion. Continental will continue to be represented by Fredrick S. Levin and Sarah B. Meehan of Orrick, Herrington & Sutcliffe LLP, who have noticed their appearance and filed Continental's opening brief. This withdrawal will cause no prejudice to the

1

parties, nor will it result in any costs or delays in this Court's resolution of this matter.

Accordingly, Continental respectfully requests that this Court grant this motion permitting Ms. Martinez to withdraw as counsel of record.

| | |
|---|---|
| Dated: April 2, 2024 | Respectfully submitted,<br><br>*/s/ Melissa O. Martinez*<br>Melissa O. Martinez<br>MCGUIREWOODS LLP<br>500 East Pratt Street<br>Suite 1000<br>Baltimore, MD 21202<br>T: (410) 659-4432<br>F: (410) 659-4482<br>mmartinez@mcguirewoods.com |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 116 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

                                                  */s/ Melissa O. Martinez*
                                                  Melissa O. Martinez

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, the foregoing was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez
